IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF FALL RIVER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PURDUE PHARMA L.P.; PURDUE PHARMA, )<br>INC.; THE PURDUE FREDERICK COMPANY )<br>INC.; TEVA PHARMACEUTICALS USA, INC.; )<br>CEPHALON, INC.; JOHNSON & JOHNSON; )<br>JANSSEN PHARMACEUTICALS, INC.; )<br>ORTHO-MCNEIL-JANSSEN )<br>PHARMACEUTICALS, INC. n/k/a JANSSEN )<br>PHARMACEUTICALS, INC.; JANSSEN )<br>PHARMACEUTICA, INC. n/k/a JANSSEN )<br>PHARMACEUTICALS, INC.; ENDO HEALTH )<br>SOLUTIONS INC.; ENDO )<br>PHARMACEUTICALS, INC.; INSYS )<br>THERAPEUTICS; MALLINCKRODT LLC; )<br>MALLINCKRODT PLC; SPECGX LLC; )<br>CARDINAL HEALTH INC.; MCKESSON )<br>CORPORATION; AMERISOURCEBERGEN )<br>DRUG CORPORATION; WALGREENS )<br>BOOTS ALLIANCE d/b/a WALGREEN CO., )<br>and JANE DOES 1 – 50, )<br>)<br>Defendants. ) | Civil Action No. _____ |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant AmerisourceBergen Drug Corporation hereby states that:

1. Defendant AmerisourceBergen Drug Corporation's parent corporations are as follows: AmerisourceBergen Corporation, 1300 Morris Drive, Suite 100, Chesterbrook, PA 19807-5594, a Delaware corporation; and AmerisourceBergen Services Corporation, a 1300 Morris Drive, Suite 100, Chesterbrook, PA 19807-5594, a Delaware corporation.

2. The following publicly-held corporations own 10% or more of its stock: AmerisourceBergen Corporation, 1300 Morris Drive, Suite 100, Chesterbrook, PA 19807-5594, a Delaware corporation; and AmerisourceBergen Services Corporation, a 1300 Morris Drive, Suite 100, Chesterbrook, PA 19807-5594, a Delaware corporation.

Respectfully submitted,

Dated: November 13, 2018

*/s/ Joshua D. Dunlap*
Joshua D. Dunlap (BBO # 672312)
PIERCE ATWOOD LLP
254 Commercial Street
Portland, ME 04101
Tel.: (207) 791-1100
Fax: (207) 791-1350
jdunlap@pierceatwood.com

*Counsel for AmerisourceBergen Drug Corporation*

## Certificate of Service

I, Joshua D. Dunlap, hereby certify that a true copy of the Disclosure Statement was served upon all counsel of record by email and first-class mail, postage prepaid, on November 13, 2018, as follows:

Joseph I. Macy
Corporation Counsel
City of Fall River, Massachusetts
One Government Center
Fall River, MA  02722
lawoffice@fallriverma.com

Linda Singer
Elizabeth Smith
Sara Aguiniga
MOTLEY RICE LLC
401 9th Street, NW
Suite 1001
Washington, DC 20004

lsinger@motleyrice.com
esmith@motleyrice.com
saguiniga@motleyrice.com

*/s/ Joshua D. Dunlap*
Joshua D. Dunlap (BBO # 672312)