# United States District Court
# District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:18−cv−12363−WGY

| | |
|---|---|
| City of Fall River v. Purdue Pharma L.P. et al | Date Filed: 11/13/2018 |
| Assigned to: Judge William G. Young | Date Terminated: 11/30/2018 |
| Case in other court:  Bristol County Superior Court, 1873CV00740B | Jury Demand: Plaintiff |
| Cause: 28:1441 Notice of Removal | Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability |
| | Jurisdiction: Federal Question |

**Plaintiff**

**City of Fall River**      represented by      **Joseph I. Macy**
Law Office of Joseph I. Macy
10 Purchase Street
Fall River, MA 02720
508−678−4556
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Purdue Pharma L.P.**

**Defendant**

**Purdue Pharma, Inc.**

**Defendant**

**TEVA PHARMACEUTICALS USA, INC.**

**Defendant**

**Cephalon, Inc.**

**Defendant**

**Johnson & Johnson**

**Defendant**

**Janssen Pharmaceuticals, Inc.**

**Defendant**

**Ortho−McNeil−Janssen Pharmaceuticals Inc.**
*Now known as*
Janssen Pharmaceuticals Inc.

**Defendant**

**Janssen Pharmaceutica, Inc.**
*Now known as*
Janssen Pharmaceuticals, Inc.

**Defendant**

**ENDO HEALTH SOLUTIONS, INC.**

**Defendant**

**Endo Pharmaceuticals Inc.**

**Defendant**

**Insys Therapeutics**

**Defendant**

| | | |
|---|---|---|
| **Mallinckrodt LLC** | represented by | **Andrew O'Connor**<br>Ropes & Gray – MA<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199–3600<br>617–235–4650<br>Fax: 617–235–9882<br>Email: andrew.oconnor@ropesgray.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Brien T. O'Connor**<br>Ropes & Gray – MA<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199–3600<br>617–951–7385<br>Fax: 617–951–7050<br>Email: boconnor@ropesgray.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Mallinckrodt plc** | represented by | **Andrew O'Connor**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Brien T. O'Connor**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **SPECGX LLC** | represented by | **Andrew O'Connor**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Brien T. O'Connor** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cardinal Health Inc.**

**Defendant**

**McKesson Corporation**

**Defendant**

Amerisourcebergen Drug Corporation           represented by    **Joshua D. Dunlap**
Pierce Atwood LLP
254 Commercial Street
Portland, ME 04101
207–791–1100
Email: jdunlap@pierceatwood.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Walgreens Boot Alliance**
*doing business as*
Walgreen Co.

**Defendant**

**Jane Does 1–50**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2018 | Ï 1 | CORPORATE DISCLOSURE STATEMENT by Amerisourcebergen Drug Corporation identifying Corporate Parent AmerisourceBergen Services Corporation, Corporate Parent AmerisourceBergen Corporation for Amerisourcebergen Drug Corporation.. (Dunlap, Joshua) (Entered: 11/13/2018) |
| 11/13/2018 | Ï 2 | NOTICE OF REMOVAL by Amerisourcebergen Drug Corporation ( Filing fee: $ 400, receipt number 0101–7409931 Fee Status: Filing Fee paid) (Attachments: # 1 Exhibit A – Process Pleadings, # 2 Civil Cover Sheet, # 3 Category Sheet)(Dunlap, Joshua) (Entered: 11/13/2018) |
| 11/14/2018 | Ï | ELECTRONIC NOTICE of Duplicate Filing Fee and Credit for Refund, for $400.00 paid on 11/13/2018, receipt number 0101–7409688. (Tran, Henry) (Entered: 11/14/2018) |
| 11/15/2018 | Ï 3 | ELECTRONIC NOTICE of Case Assignment. Judge William G. Young assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Jennifer C. Boal. (Finn, Mary) (Entered: 11/15/2018) |
| 11/19/2018 | Ï 4 | Joint MOTION for Extension of Time to File Answer *DISTRIBUTOR DEFENDANTS ASSENTED–TO MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT* by Amerisourcebergen Drug Corporation.(Dunlap, Joshua) (Entered: 11/19/2018) |

| | | |
|---|---|---|
| 11/19/2018 | Ï 5 | Assented to MOTION for Extension of Time *[Manufacturer Defendants' Assented−To Motion for an Extension of Time to Answer or Otherwise Respond]* by Mallinckrodt LLC, Mallinckrodt plc, SPECGX LLC.(O'Connor, Brien) (Modified on 11/20/2018 to Correct CM/ECF Filing Event) (Paine, Matthew). (Entered: 11/19/2018) |
| 11/19/2018 | Ï 6 | CORPORATE DISCLOSURE STATEMENT by Mallinckrodt LLC, Mallinckrodt plc, SPECGX LLC. (O'Connor, Brien) (Entered: 11/19/2018) |
| 11/19/2018 | Ï 7 | NOTICE of Appearance by Andrew O'Connor on behalf of Mallinckrodt LLC, Mallinckrodt plc, SPECGX LLC (O'Connor, Andrew) (Entered: 11/19/2018) |
| 11/20/2018 | Ï 8 | Judge William G. Young: ELECTRONIC ORDER entered granting 4 Joint MOTION for Extension of Time to Answer or Otherwise Respond to the Complaint ; granting 5 Assented to MOTION for Extension of Time to Answer or Otherwise Respond to the Complaint. (Paine, Matthew) (Entered: 11/20/2018) |
| 11/27/2018 | Ï 9 | STATE COURT Record. (Dunlap, Joshua) (Entered: 11/27/2018) |
| 11/29/2018 | Ï 10 | Informational copy of MDL Conditional Transfer Order number 68 in MDL Case 2804 received from the mdl panel requesting transfer of case for consolidated pretrial proceedings. (Jones, Sherry) (Main Document 10 replaced on 11/29/2018) (Jones, Sherry). (Entered: 11/29/2018) |
| 11/30/2018 | Ï 11 | Certified copy of MDL Conditional Transfer Order number 68 in MDL Case 2804 received from District of District of Ohio (Northern) requesting transfer of case for consolidated pretrial proceedings (Paine, Matthew) (Entered: 11/30/2018) |
| 11/30/2018 | Ï 12 | Case transferred to the District of Ohio (Northern) pursuant to Conditional Transfer Order entered by the MDL Panel on November 29, 2018. Case File Electronically Transferred to the Clerk in that District on November 30, 2018. (Paine, Matthew) (Entered: 11/30/2018) |